IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.232.255.224

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/19/2017 23:31:37 | 360C3643DCB0C38095189A6163C96B5A97634D97 | Tiffanys Tight Ass |
| 10/19/2017 18:04:42 | 51D55C5CDB6AAE605834867ADBDA19864C677ECA | Summer Lovers |
| 10/19/2017 18:04:22 | 9E4657AC26A21EF5A2A920B00E1A3C676FD403EA | Black Lace and Blonde Hair in My Bed |
| 09/12/2017 10:49:52 | 0294BB72CCDC51CD5DCE35057907DAA15DA461A6 | Supermodel Sex |
| 09/11/2017 21:42:33 | 3BEA091FF51380743F7EDF2F42E49503CD94BCC2 | Deep in Love |
| 09/03/2017 05:27:16 | C0671CDCDF9CD4ED84231DAB3D4E07343542AB02 | Susie Up Close and Personal |
| 09/02/2017 22:06:22 | 100AE6815D8B948D0C4AEDB158323B4AAEF3C949 | Paint Me White |
| 09/02/2017 21:54:22 | 311FC1754315324ABD3FF2E50D5683275A04031F | In Love With Little Caprice |
| 08/27/2017 08:31:00 | 636E17DB0CB7106623ADF9F833A86A87CE38B488 | Like The First Time |
| 08/26/2017 21:52:39 | 4E9615412BCC1D84B0B702F3DC42DC9EA7333ACF | Horsing Around |
| 07/16/2017 20:01:24 | 065338DB17BE8DB45AC608FED6E0D89A91C018B3 | X-art Unauthorized Pack 065338D |

**Total Statutory Claims Against Defendant: 16**

EXHIBIT A

STX112